# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SHAJUANDO MARTIN.

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No.: 2:20-cv-02041-JAD-DJA

**REPORT AND RECOMMENDATION**

On November 9, 2020, the Court reviewed Plaintiff's request to proceed *in forma pauperis,* granted it, and also screened the complaint. (ECF No. 3).  The Court found the complaint to be deficient and denied it without prejudice giving Plaintiff an opportunity to file a new complaint no later than December 9, 2020.  *Id.* at 2.  The Court indicated that "**[f]ailure to comply with this Order may result in the Court recommending that this action be dismissed**."  *Id*. at 3.  To date, the Court has not received an amended complaint or any request to extend the deadline for filing one.

Accordingly, the undersigned **RECOMMENDS** that this case be **DISMISSED**.

Dated: December 14, 2020

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE