UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Shajuando Martin,

    Plaintiff

v.

Commissioner of Social Security,

    Defendant

Case No.: 2:20-cv-02041-JAD-DJA

**Order Adopting Report & Recommendation and Dismissing Action**

[ECF No. 5]

On November 9, 2020, the magistrate judge dismissed the plaintiff's complaint with leave to amend, warning the plaintiff that the failure to file an amended complaint by December 9, 2020, would result in a recommendation for this court to dismiss this action.[1]  When the plaintiff filed nothing by that deadline, the magistrate judge entered a report and recommendation that this case be dismissed.[2]  The deadline for the plaintiff to object to that recommendation was December 28, 2020, and the plaintiff neither filed objections nor moved to extend the deadline to do so.  "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed."[3]  Having reviewed the R&R, I find good cause to adopt it, and I do.

    IT IS THEREFORE ORDERED that the Magistrate Judge's Report and Recommendation **[ECF No. 5] is ADOPTED** in its entirety.  This action is DISMISSED, and the Clerk of Court is directed to CLOSE THIS CASE.

                                                _____
                                                U.S. District Judge Jennifer A. Dorsey
                                                Dated: January 5, 2021

---

[1] ECF No. 3.

[2] ECF No. 5.

[3] *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).